In the Matter of the Application of MORRIS & CUMMINGS DREDGING COMPANY to Cancel and Set Aside Two Certain Subpœnas Duces Tecum.

In the Matter of the Accounting of MARY C. LEARY, as Administratrix of the Estate of JAMES D. LEARY, Deceased.

MORRIS & CUMMINGS DREDGING COMPANY, Appellant; MARY A. PYNCHON, as General Guardian of MARIE J. LEARY et al., Respondents.

*Matter of Morris & Cummings Dredging Co.*, 158 App. Div. 924, appeal dismissed.
(Submitted November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 17, 1913, which affirmed an order of the New York County Surrogate's Court denying a motion to vacate and set aside certain subpœnas duces tecum.

The motion was made upon the ground that the order of affirmance was not appealable to the Court of Appeals.

*Ralph Wolf* for motion.

*Charles O. Maas* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.